**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**COMMODITY FUTURES TRADING COMMISSION,**

***Plaintiff,***

**v.** **Case No. 4:23-cv-00336**

**MARCUS TODD BRISCO, YAS CASTELLUM LLC, YAS CASTELLUM FINANCIAL, LLC, TIN QUOC TRAN, FRANCISCO STORY, FREDIRICK SAFRANKO, a/k/a TED SAFRANKO, SAEG CAPITAL GENERAL MANAGEMENT L.P., and MICHAEL SHANNON SIMS,**

***Defendants.***

**ASSIGNMENT**

WHEREAS, on February 6, 2023, the Court in the matter styled above (the "Receivership Court") appointed Kelly Crawford to serve as the Receiver of the assets of the Defendants and the affiliates and subsidiaries owned or controlled by Defendants (collectively, the "Receivership Defendants") pursuant to an *Order Granting Plaintiff's Motion for an Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief* (the "*Receivership Order*");

WHEREAS, the on March 30, 2026, the Court entered an Order finding that the following entities were at all relevant times owned or controlled by Defendant Tin Quoc Tran and are subject to the Receivership Order as Receivership Entities: SAEG Capital Ltd., SACAP Holdings, Inc., SECAP Holdings, LLC, and MTT9 Investments, LLC (the "Tran Entities");



**EXHIBIT A**

WHEREAS, on September 30, 2024, the CFTC filed a lawsuit in the United States District Court for the Southern District of Florida against Traders Domain FX Ltd. d/b/a The Traders Domain; Fredirick Teddy Joseph Safranko a/k/a Ted Safranko;David William Negus-Romvari; Ares Global Ltd. d/b/a Trubluefx; Algo Capital LLC; Algo FX Capital Advisor LLC n/k/a Quant5 Advisor, LLC; Robert Collazo, Jr.; Juan Herman a/k/a JJ Herman; John Fortini; Steven Likos; Michael Shannon Sims; Holton Buggs, Jr.; Centurion Capital Group Inc.; Alejandro Santiestabean a/k/a Alex Santi; Gabriel Beltran; and Archie Rice, Civil Action No. 24-cv-23745-RKD (the "Florida Lawsuit");

WHEREAS, pursuant to a *Sealed Order Granting Plaintiff's Expedited Motion for an Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief*, the Court in the Florida Lawsuit appointed Kelly Crawford as the Receiver of the Defendants (the "Florida Receiver");

WHEREAS, the Florida Receiver determined through his investigation that the Tran Entities controlled accounts at banks, financial institutions, and/or crypto currency exchanges that were used to receive and distribute investor funds for the Traders Domain platform, and requested the Receiver to assign his interest in the Tran Entities to the Florida Receiver; and

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the Receiver hereby fully and completely assigns, conveys, relinquishes, and quitclaims unto the Florida Receiver any and all of the Receiver's interest in SAEG Capital Ltd., SACAP Holdings, Inc., SECAP Holdings, LLC, and MTT9 Investments, LLC, including, but not limited to, any and all claims or causes of action held by or against SAEG Capital Ltd., SACAP Holdings, Inc., SECAP Holdings, LLC, and/or MTT9 Investments, LLC.

The Receiver informs the Florida Receiver that the Receiver has not previously assigned, pledged, hypothecated, released, compromised, or placed a lien on the Receiver's claims or cause of actions by or against the Tran Entities that are assigned to the Receiver.

The Receiver acknowledges and agrees that monies, if any, recovered as a result of this Assignment by the Florida Receiver will be part of the receivership estate in the Florida Lawsuit and subject to the orders of the Court in the Florida Lawsuit as to how such monies are distributed to investors or creditors of the Defendants in the Florida Lawsuit.

The Receiver informs the Florida Receiver that the Receiver is authorized to execute this Assignment pursuant to the Order of the Receivership Court entered on March 30th, 2026.

Signed to be effective the 30th day of March, 2026.

**RECEIVER**

Kelly M. Crawford, Receiver