## Crypto Activity Summary — Amit Fridman

| Payments to Amit Fridman from Traders Domain through Intermediary Wallet | *From* | *To* | *Timestamp* | *Transaction Hash* | *Currency* | *Amount* | *TD Withdraw Value (USD)* | CEX Deposit Value (USD) |
|---|---|---|---|---|---|---|---|---|
| **Intermediary Wallet: 0xCCD860A8cC959379e997c5F23D595Cc9E8D85997** | | | | | | | | |
| **Intermediary → CEX Deposit** | | | | | | | | |
| | 0xCCD860A8cC959379e997c5F23D595Cc9E8D85997 | 0x6f8E7491CB31966EA773f712A192bb6B6d2a702C | 2023-04-03T18:52:23Z | 0x22e572a738fac5b02ad480be0e25f2d9c70c02a481ab0e796c90db2de29196cd | USDT | 520000 | | $520,000.00 |
| | | | | | | | **Subtotal:** | **$520,000.00** |
| | | | | | | | Total: | $520,000.00 |

EXHIBIT G